

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00237-CR

The **STATE** of Texas,
Appellant

v.

Manuel **CARDENAS**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 428298
Honorable Robert Behrens, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  July 8, 2015

DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH